# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  9:19-PO-5002-KLD |
| Plaintiff, | VIOLATION: FBDW00BS |
| | DISPOSITION CODE:  PE |
| vs. | |
| | ORDER ACCEPTING |
| THOMAS O. CHEFF, | PLEA LETTER |
| Defendant. | |

Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated April 26, 2019, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $115.00, and Defendant has agreed to forfeit that amount. Defendant requests that he be permitted to make monthly installment payments on the amount due.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $115.00, and shall do so by making payments at the rate of $50.00 per month.  Defendant shall make his payments on or before the 15th of each month beginning on October 15, 2021, and continuing thereafter until paid in full.

Defendant is directed to send his payments to the following:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice,

Defendant's payments shall reference the violation notice(s) number listed above.

Alternatively, Defendant may make his payments through the website at

www.cvb.uscourts.gov.

Defendant is advised that if he fails to pay the collateral as ordered the Court

may issue a warrant for his arrest.

DATED this 21st day of September, 2021.

KATHLEEN L. DESOTO
United States Magistrate Judge